JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHELLY LONG, ) Case No. EDCV 09-0036 RNB
)
Plaintiff, )
) **JUDGMENT**
vs. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )
_____ )

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: August 20, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE